# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1540 | **DATE** | 8/15/2002  8/14/02 |
| **CASE TITLE** | USA vs. Donald Smith | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum Order. Smith's motion to the extent that he seeks to avoid prepayment of the filing fees is denied. (10-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | 8-16-02 date docketed | |
| ✓ | Docketing to mail notices. | | | 11 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SN | courtroom deputy's initials | 02 AUG 15 PM 4:15  Date/time received in central Clerk's Office | date mailed notice  mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
      v.                          )   No. 01 C 1540
                                  )   (87 CR 17)
DONALD SMITH,                     )
                                  )
            Defendant.            )

**DOCKETED**
**AUG 1 6 2002**

MEMORANDUM ORDER

Following this Court's July 24, 2002 issuance of its Statement as to Certificate of Appealability regarding the Notice of Appeal by Donald Smith ("Smith") from the summary dismissal of his 42 U.S.C. §2255 motion, Smith has filed a Motion To Proceed In Forma Pauperis. That motion has been accompanied by a form of In Forma Pauperis Declaration, which includes (1) a statement by Smith that "I receive Approx. one hundred dollars a month from a friend and her daughter" and (2) a certificate from the correctional institution where Smith is in custody that as of the August 1 date of Smith's declaration he had $121.24 in his prison account--more than enough to cover the $105 in appellate filing fees.

This situation differs from the usual one in which prisoners are lacking in the necessary funds to proceed. Under the circumstances, Smith would obviously qualify for the appointment of pro bono counsel if he were allowed to proceed with his appeal. But given Smith's indicated regular ongoing sources of

contributed funds--and with over $120 now on hand--this Court denies Smith's motion to the extent that he seeks to avoid prepayment of the filing fees. Because of the information that he has provided in that respect, this Court finds that the installment payment provisions of 28 U.S.C. §1915 are inapplicable.

Milton I. Shadur
Senior United States District Judge

Date: August 14, 2002